**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

|  |  |  |
|---|---|---|
| **DONALD D. MIDDLETON,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **CASE NO. 3:01-CR-20 (HL)** |
| | : | **28 U.S.C. § 2255** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 88) filed February 5, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed by the Petitioner within the time allowed.

**SO ORDERED,** this the 11th day of March, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**