IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DONALD DELANEY MIDDLETON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | NO. 3:01-CR-20 (CAR) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | Proceedings under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

## RECOMMENDATION

Before the Court is Petitioner Donald Delaney Middleton's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Doc. 92. Upon review of Petitioner's motion pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, it appears Petitioner's motion must be dismissed as successive. According to Plaintiff's motion and the docket of the case, Plaintiff has previously filed an unsuccessful Section 2255 motion. Id. at 3; Doc. 58. As such, the instant motion would be a second or successive Section 2255 motion. In accordance with 28 U.S.C. § 2255(h), this Court's consideration of the instant motion is precluded absent prior authorization by the Eleventh Circuit. As there is nothing in the record to indicate that any such authorization has been given, it is **RECOMMENDED** that the motion be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 20th day of March, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge